UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CRISTOBALINA PEREZ RAMOS,

                      Plaintiff,

*against*                                      Docket #: 1:21-cv-2171

THE STOP & SHOP
SUPERMARKET COMPANY LLC
and PACKAGING CENTER, INC.,

                      Defendants.
---------------------------------------------------------------X

## NOTICE OF FILING OF PETITION FOR REMOVAL

**PLEASE TAKE NOTICE** that the defendants have on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
       April 20, 2021

                                                         THE STOP & SHOP
                                                         SUPERMARKET COMPANY LLC
                                                         and PACKAGING CENTER, INC.
                                                         By: *Sasha S. Shafeek*
                                                         SASHA S. SHAFEEK [SS6348]
                                                         TORINO & BERNSTEIN, P.C.
                                                         *Attorney for Defendants*
                                                          200 Old Country Road, Suite 220
                                                         Mineola, NY 11501
                                                         (516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this April 19, 2021, to DAVID HOROWITZ, P.C., 171 Madison Avenue, New York, NY 10016.

                                                         *Sasha S. Shafeek*
                                                         SASHA S. SHAFEEK [SS6348]